FILED IN OPEN COURT

MAR 29 2018

CHARLES R. DIARD, JR.
CLERK

GSV

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 18-00048-KD |
| | * | USAO NO. 18R00013 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 1951(a) |
| PATRICK O. MILLER | * | 18 USC § 924(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

1. At all times material to this Indictment, Circle K Convenience Store, located at 6490 Old Spanish Fort Trail, Spanish Fort Alabama 36527, was a business engaged in interstate commerce, and was conducting business in an industry that affects interstate commerce.

2. On or about December 25, 2017, in the Southern District of Alabama, Southern Division the defendant,

**PATRICK O. MILLER**

did unlawfully obstruct, delay and affect, and did attempt to obstruct, delay, and affect, commerce and the movement of articles and commodities in such commerce, by robbery, in that the defendant, **PATRICK O. MILLER**, did unlawfully take and obtain property consisting of approximately $387.20 currency from Circle K Convenience Store, located at 6490 Old Spanish Fort Trail, Spanish Fort Alabama 36527, and in the presence of an individual identified herein as M. S., who was an employee of Circle K and whose name is known to the Grand Jury, against his/her will, by means of actual and threatened force, violence, and fear of injury to the person of said employee.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

On or about December 25, 2017, in the Southern District of Alabama, Southern Division, the defendant,

**PATRICK O. MILLER**

in furtherance of interference with commerce by threats or violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery, as described in Count One of this Indictment, did knowingly use, carry, brandish and possess in furtherance of such crime, a firearm.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:

_____
GINA S. VANN
Assistant United States Attorney

_____
VICKI M. DAVIS
Assistant United States Attorney
Chief, Criminal Division                MARCH 2018