𝒥

## PENALTY PAGE

CASE STYLE:              UNITED STATES v. PATRICK O. MILLER

DEFENDANT:               PATRICK O. MILLER (ALL COUNTS)


USAO NO.                 18R00013

AUSA:                    Gina S. Vann



CODE VIOLATIONS:

COUNT 1:                 18 USC § 1951(a), Interference with Commerce
                         by Threats or Violence (Robbery)

COUNT 2:                 18 USC § 924(c), Use, Carry and Possess a Firearm During and
                         in Relation to a Crime of Violence



PENALTIES:

COUNT 1:                 20yrs/$250,000/3yrs SRT/$100 SA

COUNT 2:                 MINIMUM MANDATORY   7yrs (to life)
                         CONSECUTIVE/$250,000/3 yrs SRT/$100 SA