AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

1 803-0330-0628-J

| | |
|---|---|
| United States of America<br>v.<br><br>PATRICK O. MILLER<br><br>Defendant | )<br>)  Case No. CR 18-00048-KD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  PATRICK O. MILLER ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1951(a) - Interference with Commerce by Threats or Violence (Robbery)

18:924(c0 - Use, Carry and Possess a Firearm During and in Relation to a Crime of Violence

Date: 03/30/2018

*Edwina Crawford*
Issuing officer's signature   Deputy Clerk

City and state: Mobile, Alabama

CHARLES R. DIARD, JR.
Printed name and title   Clerk

### Return

This warrant was received on *(date)* 03/30/2018, and the person was arrested on *(date)* 04/11/2018
at *(city and state)* Mobile, AL

Date: 04/11/2018

*Maia Lewis*
Arresting officer's signature

Maia Lewis
Printed name and title