IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
|  | * |
| UNITED STATES OF AMERICA | * |
| vs. | * CRIMINAL NO. 18-00048-KD-N |
| PATRICK O. MILLER, | * |
| Defendant. | * |

ORDER

This matter came before the undersigned for pretrial conference on May 7, 2018. Present at the conference were Gordon Armstrong, Esq., counsel for Defendant Miller and Assistant United States Attorney Gina Vann. On May 7, 2018 counsel for Defendant filed a motion to continue the trial of this matter from its current June 2018 setting. (Doc. 12) As grounds for the motion, counsel for Defendant notes that his client "is currently in an Inpatient Residential Drug Treatment Program, the Burning Tree Recovery Ranch in Kaufman, Texas." AUSA Vann advised that the United States has no position on the requested continuance.[1]

Based on the foregoing, the undersigned finds that the ends of justice served by continuing this action to the __July 2018__ criminal term outweigh the best interests of the public and Defendant in a speedy trial. *See* 18

---

[1] AUSA Vann raised the issue of counsel's access to his client while in treatment. However, Mr. Armstrong advised that while the program is inpatient, he does have the ability to communicate with the Defendant.

U.S.C.A. § 3161(h)(7)(A). Specifically, the undersigned finds that the continuance is warranted to allow Defendant to complete the inpatient drug treatment program at The Burning Tree.

Under these circumstances, the motion to continue is **granted** and this case is hereby CONTINUED to the **July 2018** criminal term. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). This continuance is contingent on Defendant filing a Waiver of Speedy Trial on or before May 18, 2018. The Clerk is directed to refer this matter to Magistrate Judge Sonja Bivins to set a pretrial conference in June 2018.

ORDERED this the 10th day of May 2018.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**