# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CRIMINAL NO. CR-18-00048-KD |
| | * | |
| PATRICK O. MILLER, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, Patrick O. Miller, by and through undersigned counsel, and hereby gives notice of his intent to enter a plea of guilty to Count Two of the Indictment.

Respectfully submitted,

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III
Attorney at Law
P.O. Box 1464
Mobile, Alabama 36633
Telephone: 251-434-6428

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the U.S. Attorney and all counsel of record in this matter.

*s/GORDON ARMSTRONG*
Gordon G. Armstrong, III