# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA  :

VS.                       : CRIMINAL NO. 18-00048-KD-MU

PATRICK O. MILLER         :

## ORDER

The defendant has filed a Notice of Intent to Plead Guilty to **Count(s) Two of the Indictment/Superseding Indictment**. Accordingly, it is ORDERED that the parties appear before Magistrate Judge Sonja F. Bivins[1]. for the purpose of participating in a guilty plea hearing, pursuant to Fed.R.Cr.P. 11, on **July 24, 2018, at 1:30 p.m., in Courtroom 5A, 155 St. Joseph Street, Mobile, Alabama**. If the defendant is in custody, the U. S. Marshal is DIRECTED to produce the defendant at that time. Further, the pretrial conference scheduled before the undersigned on July 20, 2018, is CANCELED.

If the plea to be entered is the result of a negotiated plea agreement, said agreement MUST BE FILED ONE FULL DAY PRIOR TO THE DAY SET FOR ENTRY OF THE PLEA WHETHER IT HAS BEEN EXECUTED OR

---

1  A consent form to have a United States Magistrate Judge to conduct the proceedings pursuant to Rule 11, of the Federal Rules of Criminal Procedure, is attached. It will be necessary to have this consent form executed and returned prior to the plea hearing.

NOT. An unexecuted plea agreement shall be executed and filed no later than the guilty plea hearing. Further, if there is no plea agreement, a notice must be filed with the Court stating that it will be a blind plea.

DONE and ORDERED this 19th day of July, 2018

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE